UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS SUTHERLIN, *et al.*,

    Plaintiffs,

v.                                                                                          CASE NO.  8:17-cv-2749-T-26AAS

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Motion to Modify Order of Referral to Mediation [Dkt. 40] is granted.  David H. Lichter is appointed to be the mediator in this case, with mediation to occur no later than February 28, 2018, at a location mutually convenient to the mediator and the parties.  The parties shall file a notice with the Court no later than December 13, 2017, stating the date, time, and location of the mediation.

    2)    The Joint Motion to Modify Case Management and Scheduling Order [Dkt. 39] is denied without prejudice to the parties filing with the Court no later than December 13, 2017, a case management report which complies with Local Rule 3.05(c)(2)(C).  The parties shall utilize the Case Management Report form located at the Court's website

www.flmd.uscourts.gov under 'Judicial Information' and under assigned Judge Richard A. Lazzara, United States District Judge.

3) Plaintiffs' Motion for Leave to File Amended Complaint [Dkt. 28] is granted. Plaintiffs shall file their amended complaint seven (7) days after the scheduled mediation in the event the parties fail to settle this case. Defendant shall file its response to the amended complaint within fourteen (14) days of service of the amended complaint.

4) Defendant's Motion to Dismiss [Dkt. 19], Unopposed Motion for Extension of Time [Dkt. 29] and Agreed Motion to Transfer [Dkt. 41] are denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 29, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record
David H. Lichter, Mediator